UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OBERIST LEE SAUNDERS, JR.,

    Plaintiff,

-vs-                                Case No. 6:10-cv-120-Orl-35GJK

GEORGE C. DUKE, THOMAS
MATTHEWS, CONRAD KILIAN,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 89) filed March 9, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objection to the Report and Recommendation filed by Plaintiff (Doc. No. 99), the objection is **overruled**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 17, 2012 (Doc. No. 98) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 89) is **DENIED**.

3. This Court certifies that the appeal by Plaintiff is not taken in good faith.

4. Because Plaintiff has less than $10.00 accrued in his/her prison trust fund account, the Court will not require Plaintiff to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). However, Plaintiff is hereby assessed the total $455.00 appellate filing and docketing fees in this case. As funds become available in Plaintiff's prison account, he/she shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the

account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the appellate filing and docketing fees are paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number (# 378288); and, (3) Middle District of Florida Case Number (6:10-cv-120). Checks or money orders which do not have this information will be returned to the penal institution.

5. Plaintiff is warned that he/she is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him/her lapse in its duty to make payments on his/her behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he/she should ensure that the new institution is informed about this appeal and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

6. The **Clerk of Court** shall **MAIL** a copy of this Order and the Prisoner Consent Form (Doc. No. 97) to: Florida Department of Corrections, Inmate Trust Funds, Centerfile Station, P.O. Box 12100, Tallahassee, FL 32317-2100, Attention: Administrator of the Inmate Trust Fund Account.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  25  day of June, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party
OrlP-4